IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE SATTAMINI, a/k/a Franco Sattamini d/b/a INDIE CREW CUSTOMS, <br><br> Plaintiff, <br><br> v. <br><br> WMI GROUP, INC., <br><br> Defendant. | CIVIL ACTION <br><br> NO. 2:16-cv-00243-GAM <br><br> JURY TRIAL DEMANDED |

THIS MATTER having been amicably resolved by the parties, it is hereby stipulated and agreed that the Complaint and all Counterclaims in the above-entitled matter are dismissed with prejudice and without costs, fees, or expenses.

**OFFIT KURMAN**
Attorneys for Plaintiff Jose Sattamini

Dated: 8/31/17

_____
William H. Pillsbury, Esquire

**INTELLECTUAL PROPERTY AND COMMERCIAL LAW GROUP, PLC**
Attorneys for Defendant WMI Group, Inc.

Dated: 8/14/2017

_____
Anthony Tacconi, Esquire

4834-9490-9004, v. 1

Page 8 of 8